Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Docket No. 100CR00432-05 (DLC)

Daniel Chaparro

On February 22, 2002, the above named was placed on supervised release for a period of eight (8) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Daniel Chaparro be discharged from supervised release.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2020

Respectfully submitted,

by *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this  8th  day of  April 2020

DENISE COTE
United States District Judge